Exhibit 2

<u>**Infringement Claim Chart for U.S. Pat. No. US8140440B1 Vs Zoho Corporation**</u>
(**"Defendant"**)

| Claim 20 | Evidence |
|---|---|
| 20) An electronic mortgage closing document processing system comprising a server computer configured to: | The defendant product (i.e., Zoho Sign) is a Web-based electronic signature document processing platform that can be accessed via websites and mobileapps.<br><br>You can easily esign a document using Zoho Sign. Just open the app in your browser or mobile device, upload your documents, add signature fields to the document through drag-and-drop, and position them where necessary to finish signing it. The signed document is then stored securely in the cloud and you can download it or send it to others on demand.<br><br>Source: https://www.zoho.com/sign/what-is-esign.html<br><br>Electronic signatures are a digital alternative to signing paper documents with hand-drawn signatures. You can use electronic signatures to digitize your documents and go completely paperless. By using an app like Zoho Sign, you can easily create an electronic signature and then upload your files to sign them. The process is straightforward and much more secure than traditional paperwork.<br><br>Source: https://www.zoho.com/sign/how-to-create-electronic-signature.html |

| | |
|---|---|
| | The Zoho Sign app supports all popular document formats. Once you upload your files onto the app, they are converted to a common PDF format for electronic document signing. To add an electronic signature to PDF documents, follow these steps:<br><br>Source: https://www.zoho.com/sign/how-to-create-electronic-signature.html<br><br>An eSign app like Zoho Sign can help you move to paperless operations and reduce your business's carbon footprint. It also helps you cut down on printing and scanning costs. And, when you sign documents online, you also reduce the overall turnaround time taken to close deals and business agreements. All of your signed documents can be accessed and easily managed at all times in secure cloud storage. <br><br>**Mobile signing**<br><br>Download our native apps for Android or iOS to sign documents on the go or to send documents out to collect signatures. You can also access Zoho Sign from your mobile browser.<br><br>Source: https://www.zoho.com/sign/what-is-esign.html<br>Source: https://www.zoho.com/sign/features-and-benefits/?src=homepage |
| a)receive electronic mortgage closing documents; | Zoho Sign Electronic Signature allows for the secure upload and storage of electronic documents, including mortgage closing documents. These documents can be uploaded by authorized users or integrated into existing systems. |

# Popular use cases

- Rent agreements
- Sales contracts
- Closing disclosures
- Offers to purchase
- Floor plans

- Liens
- Leases
- Affidavits
- Mortgage forms
- Brokerage agreements

Source: https://www.zoho.com/sign/solutions-departments/real-estate.html

You can easily esign a document using Zoho Sign. Just open the app in your browser or mobile device, upload your documents, add signature fields to the document through drag-and-drop, and position them where necessary to finish signing it. The signed document is then stored securely in the cloud and you can download it or send it to others on demand.

Source: https://www.zoho.com/sign/what-is-esign.html

An eSign app like Zoho Sign can help you move to paperless operations and reduce your business's carbon footprint. It also helps you cut down on printing and scanning costs. And, when you sign documents online, you also reduce the overall turnaround time taken to close deals and business agreements. All of your signed documents can be accessed and easily managed at all times in secure cloud storage.

Source: https://www.zoho.com/sign/what-is-esign.html

| | |
|---|---|
| | **How do you make an eSign document?**<br><br>To make an esign document, all you have to do is open the Zoho Sign app, <u>upload your document, and either sign it or send it out for signatures.</u> If it's the latter, once all the signers have filled out any necessary fields and signed the document, your document will be completed and esigned.<br><br>Source: https://www.zoho.com/sign/what-is-esign.html<br><br>Electronic signatures are a digital alternative to signing paper documents with hand-drawn signatures. <u>You can use electronic signatures to digitize your documents and go completely paperless. By using an app like Zoho Sign, you can easily create an electronic signature and then upload your files to sign them.</u> The process is straightforward and much more secure than traditional paperwork.<br><br>Source: https://www.zoho.com/sign/how-to-create-electronic-signature.html |
| b) associate a digital signature capability with the electronic mortgage closing documents to provide a digital | Zoho Sign Electronic Signature supports digital signatures that provide legal authentication (such as email verification and secure logins) and integrity verification for electronic documents. Users can apply digital signatures to the mortgage closing documents to ensure their authenticity and tamper-proof status. |

| signature authentication capability for the electronic mortgage closing documents; | **Popular use cases** |
| --- | --- |
| | Rent agreements — Liens<br>Sales contracts — Leases<br>Closing disclosures — Affidavits<br>Offers to purchase — Mortgage forms<br>Floor plans — Brokerage agreements<br><br>Source: https://www.zoho.com/sign/solutions-departments/real-estate.html |

**How authentication works**

✓ Whenever a user would like to access Zoho Sign from the web, an extension, or mobile apps, they will always be automatically redirected to the Zoho Accounts login page

✓ The login credentials will be submitted to the Zoho Accounts server for authentication

✓ Upon successful authentication, cookie information will be set for the user's session and user access will be redirected to:

Source: https://www.zoho.com/sign/security.html

**Email authentication**

For everyday documents, you can have recipients authenticate themselves via email. They will automatically receive a system-generated authentication code when they attempt to sign or view the documents.

Source: https://www.zoho.com/sign/features-and-benefits/signer-authentication.html



Source: https://www.zoho.com/sign/#:~:te

Source: https://www.zoho.com/sign/#:~:te

| c)identify one or more entities participating in | Zoho Sign Electronic Signature facilitates the identification of participants in an electronic document signing session through user authentication methods, such as email verification and secure logins.Zoho Sign monitors user activity and can confirm when participants have |
|---|---|

| an electronic document signing session; determine that the one or more entities have connected to a document signing session; | joined a document signing session, providing real-time status updates. |
|---|---|
| | **How authentication works** |
| | ✓ Whenever a user would like to access Zoho Sign from the web, an extension, or mobile apps, they will always be automatically redirected to the Zoho Accounts login page |
| | ✓ The login credentials will be submitted to the Zoho Accounts server for authentication |
| | ✓ Upon successful authentication, cookie information will be set for the user's session and user access will be redirected to: |
| | Source: https://www.zoho.com/sign/security.html |
| | **Email authentication** |
| | For everyday documents, you can have recipients authenticate themselves via email. They will automatically receive a system-generated authentication code when they attempt to sign or view the documents. |
| | Source: https://www.zoho.com/sign/features-and-benefits/signer-authentication.html |



Source: https://www.zoho.com/sign/how-zoho-sign-works.html

Source: https://www.zoho.com/sign/#:~:te



## Configure workflows

Define the signing order when sending a document to multiple recipients, and control how they receive and sign your documents.

## Track status

Track every step of the document signing process. Receive instant alerts and notifications on the status of each document.

Source: https://www.zoho.com/sign/#:~:te

Source: https://www.zoho.com/sign/how-zoho-sign-works.html

| d) provide the electronic mortgage closing | Zoho Sign Electronic Signature allows for the distribution of documents to participants in a predefined order or as needed. Users can access and review documents sequentially for signing purposes. |
|---|---|

| documents to the one or more entities, the electronic mortgage closing documents being provided to the one or more entities for execution of an action representing signing of the electronic mortgage closing documents, and being provided to the one or more entities in a predetermined order; | Source: https://www.zoho.com/sign/how-zoho-sign-works.html<br><br>Source: https://www.zoho.com/sign/#:~:te |



Source: https://www.zoho.com/sign/#:~:te

Source: https://www.zoho.com/sign/how-zoho-sign-works.html

| e)receive a plurality of electronic signatures; | Zoho Sign Electronic Signature supports the collection of electronic signatures from multiple parties involved in the document signing session, ensuring a legally binding signing process. |
|---|---|



Source: https://www.zoho.com/sign/how-zoho-sign-works.html

Source: https://www.zoho.com/sign/#:~:te



Source: https://www.zoho.com/sign/how-zoho-sign-works.html

Source: https://www.zoho.com/sign/#:~:te

| f) store the electronic mortgage closing | Zoho Sign Electronic Signature securely stores both the electronic mortgage closing documents and the associated electronic signature information, ensuring a comprehensive record of the signing process. |
|---|---|

| documents and the electronic signatures; store information relating to content of the electronic mortgage closing documents; and | |
|---|---|
| | ## Popular use cases

<br>

○ Rent agreements          ○ Liens

○ Sales contracts          ○ Leases

○ Closing disclosures      ○ Affidavits

○ Offers to purchase       ○ Mortgage forms

○ Floor plans              ○ Brokerage agreements

Source: https://www.zoho.com/sign/solutions-departments/real-estate.html |

You can easily esign a document using Zoho Sign. Just open the app in your browser or mobile device, upload your documents, add signature fields to the document through drag-and-drop, and position them where necessary to finish signing it. The signed document is then stored securely in the cloud and you can download it or send it to others on demand.

Source: https://www.zoho.com/sign/what-is-esign.html

An eSign app like Zoho Sign can help you move to paperless operations and reduce your business's carbon footprint. It also helps you cut down on printing and scanning costs. And, when you sign documents online, you also reduce the overall turnaround time taken to close deals and business agreements. All of your signed documents can be accessed and easily managed at all times in secure cloud storage.

Source: https://www.zoho.com/sign/what-is-esign.html



Source: https://www.zoho.com/sign/how-zoho-sign-works.html

| | |
|---|---|
| g) populate the electronic mortgage closing documents with information relevant to the document signing session. | Zoho Sign Electronic Signature can facilitate the pre-filling of electronic documents with relevant user information, simplifying the signing process and reducing errors. |



Source: https://www.zoho.com/sign/#:~:te



Source: https://www.zoho.com/sign/how-zoho-sign-works.html

Source: https://www.zoho.com/sign/#:~:te



Source: https://www.zoho.com/sign/features-and-benefits/?src=homepage