**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **SECURE INK LLC,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | §   **CAUSE NO. WA-24-CV-78-KC** |
| | § |
| **ZOHO CORPORATION,** | § |
| | § |
| **Defendant.** | § |

## ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal Without Prejudice, ECF No. 11. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 4th day of April, 2024.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE